UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD AMERI, et al., <br>     Plaintiffs, <br> v. <br> TICKETMASTER LLC, <br>     Defendant. | Case No. 19-cv-02642-VC <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND DISMISSING CASE** <br><br> Re: Dkt. No. 13 |

The case management conference scheduled for May 21, 2019 is vacated. Because the parties have stipulated to proceed first to arbitration for all claims and have not identified a reason to stay the case, this case is dismissed without prejudice to refiling. *See Thinket Ink Info. Resources Inc. v. Sun Microsystems, Inc.*, 368 F.3d 1053, 1060 (9th Cir. 2004).

**IT IS SO ORDERED.**

Dated: May 21, 2019

_____
VINCE CHHABRIA
United States District Judge